# MMP&S

## MILBER MAKRIS PLOUSADIS & SEIDEN, LLP
ATTORNEYS AT LAW
1000 Woodbury Road    Suite 402    Woodbury, NY 11797
Telephone: 516.712.4000    Fax: 516.712.4013
HTTP://WWW.MILBERMAKRIS.COM

March 23, 2026

***Via ECF***
Hon. Lewis J. Liman, U.S.D.J.
United States District Court,
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street.
New York, NY 10007-1312

The request is granted.  The pretrial conference is rescheduled for April 29, 2026 at 3:00 p.m.
Date: March 24, 2026

SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:    *Pennsylvania Manufacturers Indemnity Company v. 560 Meat & Produce Corp. d/b/a CTown Fresh Market, et al.*
Docket No.:    25-cv-10428-LJL
Our File No.:    1534-24314

Dear Judge Liman:

This office represents the Plaintiff, Pennsylvania Manufacturers Indemnity Company, and writes with the consent of counsel for the only appearing defendant, Rafael Guerra, to respectfully request an adjournment of the upcoming telephonic Pretrial Conference scheduled in this matter for March 26, 2026.

In this lawsuit, the Plaintiff seeks a declaration from this Court that it is not obligated to provide coverage to the Defendants in the underlying personal injury action of *Lucille Boddie v. Rafael Guerra, Dely Prado De Guerra and 560 Meat & Produce Corp. DBA C-Town Fresh Market*, which is presently pending in the Supreme Court of New York, New York County (the "Underlying Lawsuit").  It is our understanding that the Underlying Lawsuit has recently settled and that settlement documents are in the process of being exchanged, which may obviate the need to continue this coverage litigation.

We kindly ask the court for a 30-day adjournment of the Pretrial Conference so that the parties can determine if the coverage issues being litigated in this action have been resolved in the settlement documents exchanged in the Underlying Lawsuit. We thank the Court for its time and consideration into this request.

Respectfully,

Sarah M. Ziolkowski

cc:    Counsel via ECF